IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) Rabekah Crow, | § |
| Plaintiff, | § § § § |
| v. | §   Case No. 13-cv-691-GKF-TLW |
| (1) Fastenal Company, | § § § |
| Defendant. | § § |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Rabekah Crow and Defendant Fastenal Company, hereby stipulate to the Dismissal of this matter with Prejudice to the refiling thereof with each party to bear its own costs and fees except as otherwise agreed.

RIGGS, ABNEY, NEAL, TURPEN,
ORBISON & LEWIS

*/s/ Donald M. Bingham*

Rex W. Thompson, OBA No. 9122
Donald M. Bingham, OBA No. 794
Melvin C. Hall, OBA No. 3728
502 West 6th Street
Tulsa, OK 74119
918-587-3161 - Telephone
918-587-9708 - Fax
Email: rthompson@riggsabney.com
**ATTORNEYS FOR PLAINTIFF**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*/s/ Denise Villani*

Denise Cotter Villani
Oklahoma Bar No. 10255
Vicki D. Tall
Texas State Bar No. 24079921
8117 Preston Road, Suite 500
Dallas, Texas 75225
Telephone: (214) 987-3800
Facsimile: (214) 987-3927

AND

Randall J. Snapp
Oklahoma Bar No. 11169
CROWE & DUNLEVY
321 South Boston Avenue
500 Kennedy Building
Tulsa, OK 74103
Telephone: (918) 592.9800
Facsimile: (918) 592.9801
**ATTORNEYS FOR DEFENDANT**